UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       v.<br><br>GEORGE KEMP,<br><br>             Defendant. | 24-CR-284 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

IT IS HEREBY ORDERED that the status conference in this matter, scheduled for July 30, 2024, at 12:00 p.m., shall take place in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007, instead of the previous courtroom located in the Daniel Patrick Moynihan Courthouse.

SO ORDERED.

Dated: July 18, 2024
      New York, New York

                                      DALE E. HO
                            United States District Judge