UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GEORGE KEMP,<br>                              Defendant. | 24-CR-284 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the status conference scheduled for October 17, 2024, at 11:30 a.m. shall be converted to a change of plea hearing. The parties shall appear before the Court in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: October 15, 2024
       New York, New York

DALE E. HO
United States District Judge