UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GEORGE KEMP,<br>                        Defendant. | 24-CR-284 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

As stated on the record at the status conference held on October 17, 2024, it is hereby ORDERED that the parties appear for a motion hearing with the Court on January 6, 2025, at 12:00 p.m., in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: December 27, 2024
       New York, New York

_____
DALE E. HO
United States District Judge