

**Konta, Georges, and Buza, P.C.**
233 Broadway, Suite 701
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

November 25, 2025

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: *United States v. George Kemp*,
           24 Cr. 284 (DEH)

Dear Judge Ho:

  I represent Mr. Kemp in the above-captioned case. Mr. Kemp recently completed his sentence and is at liberty; however, he must remain in the district of his residency for 60 days. I write to ask the Court to give Mr. Kemp permission to leave his district of residency when necessary, so that he can visit his family during the holiday season. I spoke with both his parole officer and with the government and neither object to this request provided that Mr. Kemp gives his officer advanced notice regarding where he is going, with whom he will be staying, and for how long during the holiday season. Mr. Kemp is prepared to do this upon request from his assigned officer.

              Respectfully submitted,

              /s/
             _____
             John P. Buza, Esq.

Application **GRANTED.** Mr. Kemp is permitted to travel and visit his family during the holiday season. Before any travel Mr. Kemp is directed to inform his Probation Officer with the following information: where he is going; with whom he'll be staying; and for how long he'll be staying during the holiday season. The Clerk of Court is respectfully directed to close ECF No. 63. **SO ORDERED.**

Dated: November 25, 2025                   Dale E. Ho
New York, New York                  United States District Judge